# UNITED STATES DISTRICT COURT
для the
### Western District of Kentucky
### Louisville Division

| | |
|---|---|
| James Beverly )<br>*Plaintiff* )<br> )<br>v. )<br> )<br>Portfolio Recovery Associates, LLC )<br>*Defendant* )<br>Serve: )<br>   Corporation Service Company )<br>   2711 Centerville Road )<br>   Suite 400 )<br>   Wilmington, DE 19808 )<br> ) | Case No.  3:14-cv-711-R |

## COMPLAINT

### INTRODUCTION

1. This is an action brought by a consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 - 1692o ("FDCPA").

2. Defendant Portfolio Recovery Associates, LLC ("PRA") violated the FDCPA by communicating with Plaintiff James Beverly in connection with connection with a debt after being put on clear and plain notice that he was represented by counsel.

### JURISDICTION

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, and the FDCPA, 15 U.S.C. §1692k(d).

### PARTIES

4. Plaintiff James Beverly is a natural person who resides in Bullitt County, Ky. James Beverly is a "consumer" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a(3).

5. Defendant Portfolio Recovery Associates, LLC is a limited liability company, the principal purpose of whose business is the collection of debts, operating a debt collection agency with its principal place of business located at 120 Corporate Blvd., Norfolk, VA 23502.

6. PRA regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a(6).

## STATEMENT OF FACTS

7. On May 2, 2013, PRA filed suit in Bullitt District Court, Case NO. 13-C-533, in attempt to collect a charged-off credit card debt originated by HSBC Bank Nevada, N.A. ("HSBC").

8. Upon information and belief the HSBC credit card that was used solely for personal, family, or household purposes, which makes the HSBC debt a "debt" within the meaning of the FDCPA.

9. On June 10, 2014, Mr. Beverly filed suit against PRA and other debt collectors alleging that PRA accrued and assessed interest on the same credit card debt at issue in the Bullitt District Court case.

10. After filing suit, Plaintiff's counsel exchanged several emails with PRA's counsel concerning the lawsuit.

11. After reviewing documents and arguments by PRA's counsel, Mr. Beverly dismissed his claims against PRA without prejudice.

12. On or about September 2, 2014, PRA sent Mr. Beverly a notice of substitution of counsel in the Bullitt District Court case.

13. PRA's notice of substitution of counsel was made in connection with the collection of debt.

14. Mr. Beverly was unaware that PRA had filed the Bullitt District Action against him until he received the notice of substitution of counsel.

15. 15 U.S.C. § 1692c(a)(2) provides that

> a debt collector may not communicate with a consumer in connection with the collection of any debt—if the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the attorney fails to respond within a reasonable period of time to a communication from the debt collector or unless the attorney consents to direct communication with the consumer.

16. At the time that PRA sent Mr. Beverly the notice of substitution of counsel, PRA knew that Mr. Beverly was represented by counsel.

**Claims for Relief: Violations of the Fair Debt Collection Practices Act**

17. The foregoing acts and omissions of Portfolio Recovery Associates, LLC constitute violations of the FDCPA including but not limited to 15 U.S.C. s. 1692c(a)(2).

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff James Beverly requests that the Court grant him the following relief:

1. Award Plaintiff maximum statutory damages;

2. Award Plaintiff reasonable attorney's fees and costs;

3. A trial by jury; and

4. Such other relief as may be just and proper.

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel:   (502) 473-6525
Fax:   (502) 473-6561
james@kyclc.com